UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA : Hon. Katharine S. Hayden

Crim. No. 11-554

v. :

CONTINUANCE ORDER

GREGORY CICCONE :

This matter having come before the Court on the joint application of Paul J. Fishman, United States Attorney for the District of New Jersey (by Joseph Mack, Assistant U.S. Attorney), and defendant Gregory Ciccone (by K. Anthony Thomas, Assistant Federal Public Defender) for an order granting a continuance of the proceedings in the above-captioned matter, and the defendant being aware that he has a right to have the matter brought to trial within 70 days of the date of his appearance before a judicial officer of this court pursuant to Title 18 of the United States Code, Section 3161(c)(1), and as the defendant has consented to an additional continuance, and for good and sufficient cause shown,

IT IS THE FINDING OF THIS COURT that this action should be continued for the following reasons:

1. Discovery made available in this case involves a large volume of paper files which may necessitate a lengthy review by defense counsel;

2. Taking into account the exercise of diligence, therefore, the facts of this case require that defense counsel be permitted a reasonable amount of additional time for effective preparation in this matter; and

3. Plea negotiations are currently in progress, and both the United States and the defendant desire additional time to negotiate a plea agreement, which would render trial of this matter unnecessary; and

4. Pursuant to Title 18 of the United States Code, Section 3161(h)(7), the ends of justice served by granting the continuance outweigh the best interests of the public and the defendant in a speedy trial.

WHEREFORE, on this 21st day of December 2011,

IT IS ORDERED that proceedings in the above-captioned matter are continued from January 25, 2012 through March 25, 2012; and

IT IS ORDERED that the period from January 25, 2012 through March 25, 2012 shall be excludable in computing time under the Speedy Trial Act of 1974, pursuant to Title 18, United States Code, Section 3161(h)(7).

_____
HON. KATHARINE S. HAYDEN
United States District Judge

_____
K. Anthony Thomas, AFPD
Counsel for Gregory Ciccone