11-554

Dear Judge Hayden,

First, please allow me to thank you for accepting this letter.

As you may remember, your honor sentenced me to 36 months, currently being served, on May 12, 2014. Less than three weeks after sentencing I was sent to Fairton Federal Correctional Institution Camp. There was almost no time to get my affairs in order but most importantly no time to secure custody matters regarding my three young daughters.

In the five weeks since my incarceration their mother, my ex-wife, has not allowed me to call them, allowed family and friends to see or speak with them or allow anyone to bring them to visit me. She has now been investigated by the Lincoln Park Police Department and DYFS after my children brought to the attention of their therapists some disturbing

to say the least, information. While at work she would put the children in a 7x9 storage closet, on the floor, surrounded by cleaning supplies and other hazardous materials. If not for being incarcerated, the court aide parent coordinator would have asked the Harable Judge John Selser to remove custody and have me as primary parent.

My daughters are now being left with a documented pedophile, as well as, a man with a domestic violence (beat his girlfriend unconcious) conviction as well as drug abuse conviction. Both of these men are their mother's brothers. How scary for me to think about!

It is bad enough that I have failed my children but now "the system" is as well. I know your honor, with the extensive family court background and advocate for children, will not let this go on. Their abuse must end.

I am asking your honor and the court to make a strong, and maybe even unprecidented decision in allowing me to serve the rest of my sentence on home confinement. This will allow me to literally save my children. I can not bare the thought of my daughters enduring anymore physical or emotional/mental abuse and pray that it hasn't become sexually abusive yet.

I know and understand that this request is a bold one, I do. However, as a extremly devout Catholic, my prayers to the Blessed Mother has given me strength to send this letter to your honor.

My daughters do not have time to wait for an appeal and it was my hopes that my attorney can send an emergent motion to your honor in order to start the process.

Both Anthony Fiorello Esq. or Joshua

Buckner, Esq. would be more than willing to supply your honor with reports from the children's therapists, parent coordinator or anyone else needed should you be good enough to consider this request.

Please let me be clear. I understand I have done wrong and I am not asking for any of this for me nor to shorten my sentence. I have made $553+ hundred thousand in restitution and will have the balance paid within months. I am asking to simply have home confinement.

Prior to my sentence the Honorable Judge John Selser, presiding over our family matter stated

"Mr. Ciccone, should you receive a non-custodial sentence I would <u>expect</u> you to return to me <u>immediately</u>."

I will continue to pray to our Blessed Mother, our Lord Jesus Christ, Saint Theresa and Saint Michael,

the Archangel for my children's safety and well being and now also for your honor while you make this very difficult decision.

Respectfully,

Gregory Ciccone

Anthony Fiorillo, Esq.
16 Furler St.
Totowa, NJ. 07512

Joshua Buckner, Esq.
887 Kinderkamack Road
Suite 3
River Edge, NJ. 07661

Gregory Ciccone
62766-050
Federal Correctional Institution Fairton
P.O. Box 420
Fairton, New Jersey 08320-0420



GREGORY CICCONE
62766-050
Federal Correctional Institution Fairton
P.O. Box 420
Fairton, New Jersey 08320-0420

SOUTH JERSEY NJ 080
14 AUG 2014 PM 4 L

⇦62766-050⇦
Judge K Hayden
Room 4015
50 Walnut ST
U.S. District Courthouse
Newark, NJ 07102
United States

0710235599