United States District Court
for the District Of New Jersey

| | |
|---|---|
| UNITED STATES,<br><br>v.<br><br>GREGORY CICCONE,<br><br>Defendant. | Criminal No.: 11-0554 (KSH)<br><br>**Order** |

    The Court is in receipt of a *pro se* letter [D.E. 56] from the defendant seeking modification of its custodial sentence to house arrest, which is **denied**. Subject to exceptions that do not apply here, district courts may not modify a sentence after it has been imposed. 18 U.S.C. § 3582(c); *United States v. Weatherspoon*, 696 F.3d 416, 420 (3d Cir. 2012), *cert. denied*, 133 S. Ct. 1301 (2013).

    **SO ORDERED** on this 26th day of August, 2014.

/s/ Katharine S. Hayden
Katharine S. Hayden, U.S.D.J.